**DSI BULK TRANSPORT INC**
9893 State Rc 44
Mantua, OH 44255

United States District Court
Southern District of Texas
FILED

MAR 2 0 2017

David J. Bradley, Clerk of Court

## NOTICE OF CHANGE OF ADDRESS

March 10, 2017

United States Courts/Bankruptcy
PO Box 61010
Houston, TX 77208
Attn:   David J. Bradley, Clerk of Court

RE: C&J Spec-Rent Services, Inc., Case No. 16-33598 – Scheduled #: 52488

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

**DSI Bulk Transport Inc**
c/o Bowery Investment Management, LLC
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Donlin, Recano & Company, Inc.

Very truly yours,

**DSI Bulk Transport Inc**

By: [signature]
Name: [illegible]
Title: SEC TREAS
Date: 3-10-17

Cc:   Donlin, Recano & Company, Inc.
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219
Re: CJ Holding Co., et al.

Conway MacKenzie, Inc.
1301 McKinney Street, Suite 2025
Houston, TX 77010
Attn: John T. Young, Jr.